| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>DARLENE C. VIGIL<br>CA NO. 223442<br>BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP<br>3990 E. CONCOURS STREET, SUITE 350<br>ONTARIO, CA 91764<br>Phone: (626) 371-7000, Fax: (972) 661-7726<br>E-mail: CDCAECF@BDFGROUP.COM<br>FILE NO. 00000008569121<br><br>☒ *Attorney for Movant*<br>☐ *Movant appearing without an attorney* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**OCT 08 2019**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** jarquin    **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -SAN FERNANDO VALLEY DIVISION**

| In re:<br>MARY ELIZABETH CALLOWAY<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 1:19-bk-11880-MT<br>CHAPTER: 13<br><br>**ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br><br>DATE: 10/03/2019<br>TIME:  2:00 p.m.<br>COURTROOM: 302<br>PLACE: 21041 Burbank Boulevard, Woodland Hills, CA 91367 |
|---|---|

**Movant:** WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2

1. The Motion was:    ☒ Opposed    ☐ Unopposed    ☐ Not Prosecuted

2. The description of the Property or Nonbankruptcy Action to which this order applies is as follows *(specify street address, legal description, personal property description or Nonbankruptcy Action)*:

   17548 DONMETZ ST, GRANADA HILLS, CA 91344
   20070264586 / LOS ANGELES COUNTY

3. The Motion is denied:    ☒ without prejudice    ☐ with prejudice    ☐ on the following grounds:

   a.    ☒ Based upon the findings of fact and conclusions of law made on the record at the evidentiary hearing
   b.    ☐ Unexcused non-appearance by Movant
   c.    ☐ Lack of proper service
   d.    ☐ Lack of good cause shown for relief from stay

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014            Page 1            **F 4001-1.RFS.DENY.ORDER**

e. ☐ No stay is in effect under:

   (1) ☐ 11 U.S.C. § 362(c)(2)(A)

   (2) ☐ 11 U.S.C. § 362(c)(2)(B)

   (3) ☐ 11 U.S.C. § 362(c)(3)(A)

   (4) ☐ 11 U.S.C. § 362(c)(4)(A)

f. ☐ Other *(specify)*:


4. ☐ Movant may not file another motion for relief from the stay in this bankruptcy case absent a court order authorizing the filing of another motion.


### ###


Date: October 8, 2019

*Maureen A. Tighe* (signature)
Maureen A. Tighe
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*            Page 2            F 4001-1.RFS.DENY.ORDER